UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| ANNIKA KRYSTYNA, | **BRONX-LEBANON HOSPITAL CENTER'S** |
| Plaintiff, | **RULE 7.1 STATEMENT** |
| vs. | |
| | Docket No. 1:16-cv-5100 (AT)(DCF) |
| BRONX-LEBANON HOSPITAL CENTER, and DR. NARAYAN SUNDARESAN, DR. SINDHAGHATTA VENKATRAM, DR. SRIDHAR CHILIMURI, and DR. DAVID JAKUBOWICZ, individually, | |
| Defendants. | |

------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Bronx-Lebanon Hospital Center, by its attorneys, Garfunkel Wild, P.C., certifies that it is a not-for-profit corporation formed under the laws of the State of New York. The Hospital does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: Great Neck, New York
September 6, 2016

GARFUNKEL WILD, P.C.
*Attorneys for Defendant The Bronx Lebanon Hospital Center*

By:   /s/ Roy W. Breitenbach
      Roy W. Breitenbach
      Jason Hsi
      Okechi C. Ibeabuchi
111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200

4042019v.1