**THE HARMAN FIRM, LLP**
Attorneys & Counselors At Law
www.theharmanfirm.com

December 13, 2016

<u>Via ECF</u>
Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

      Re:    *Krystyna v. Bronx-Lebanon et al.*; 16 CV 5100

Dear Judge Torres:

    We represent Plaintiff Annika Krystyna in the above-referenced employment discrimination action. Plaintiff and two of the defendants in this matter—Bronx-Lebanon Hospital Center (the "Hospital") and Dr. Narayan Sundaresan—participated in a mediation on November 29, 2016. The other three defendants— Dr. Sindhaghatta Venkatram, Dr. Sridhar Chilimuri, and Dr. David Jakubowicz—did not attend the mediation, and, even though the matter was tendered to an insurance company, no insurance company representative was present. The parties were unable to reach a settlement. In light of the unsuccessful mediation, we write to request a preliminary conference before the Court so that the parties may proceed with litigation.

    Further, we also wish to raise an issue of concern. One of the individuals who did not attend the mediation is represented by the Hospital's attorney. However, this individual was terminated by the Hospital and raised legal issues with the Hospital. In this light, it is difficult to conclude that the Hospital can represent his interests; we believe there is a conflict, one which we intend to address in further detail at the conference.

    Thank you for Your Honor's time and attention to this matter.

                              Respectfully submitted,

                              Walker G. Harman, Jr.

cc:    Roy Breitenbach (via ECF)
       Jason Hsi (via ECF)
       Okechi Ibeabuchi (via ECF)
       Samantha Tomey (via ECF)

220 Fifth Avenue, Suite 900
New York, New York 10001
T 212 425 2600 F 212 202 3926