**THE HARMAN FIRM, LLP**
**Attorneys & Counselors At Law**
www.theharmanfirm.com

January 31, 2017

**Via ECF**

Hon. Debra Freeman
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    ***Krystyna v. Bronx-Lebanon Hospital Center, et al.*, 16 CV 5100**

Dear Judge Freeman:

      We represent Plaintiff Annika Krystyna in the above-referenced action. We write to respectfully request an adjournment of the initial conference presently scheduled for February 3, 2017, at 10:00 a.m., as I am out of state in a mediation on another matter and will not be able to return for the conference as scheduled. As such, we respectfully request a brief adjournment of this conference to another date and time convenient for the Court.

      This is Plaintiff's first request for an adjournment of this conference. The adjournment does not affect any other scheduled dates. Defendants have consented to this request. The parties respectfully inform the Court that they are not available on February 10, 16, 17, 23, 24, or 27.

      Thank you for Your Honor's time and attention to this matter.

                            Respectfully submitted,

                              Walker G. Harman, Jr.

cc:     Roy W. Breitenbach (via ECF)
        Jason Hsi (via ECF)
        Okechi C. Ibeabuchi (via ECF)
        Samantha Tomey (via ECF)

220 Fifth Avenue, Suite 900
New York, New York 10001
T 212 425 2600 F 212 202 3926