USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.D. ANNIKA KRYSTYNA,

           Plaintiff,

-against-

BRONX-LEBANON HOSPITAL CENTER, et al,

           Defendants.

16cv05100 (AT) (DF)

**SCHEDULING ORDER**

**DEBRA FREEMAN, United States Magistrate Judge:**

The Court having held an initial pretrial conference on March 2, 2017, with counsel for all parties, it is hereby ORDERED, as stated at the conference, that:

1. The parties shall make initial disclosures under Rule 26(a)(1) of the Federal Rules of Civil Procedure no later than March 16, 2017.

2. The parties shall serve their initial document requests and interrogatories no later than March 31, 2017. In their initial interrogatories, the parties may, as reasonable, seek information outside the scope of Local Civil Rule 33.3(a).

3. Any motions to amend the pleadings or to join any additional parties shall be filed no later than March 31, 2017.

4. All fact discovery shall be completed no later than July 31, 2017.

5. Expert discovery shall be conducted on the following schedule:

    a. Each party bearing the affirmative burden of proof on a claim or defense shall serve its expert report(s) with respect to that claim or defense no later than August 30, 2017.

      b.      Rebuttal reports shall be served no later than September 29, 2017.

      c.      Expert discovery shall be completed no later than October 13, 2017.

6.      Counsel shall participate in a follow-up telephone conference call with this Court on April 12, 2017 at 11:00 a.m., and are directed to initiate such a call jointly to my chambers, on that date.

Dated: New York, New York
March 6, 2017

SO ORDERED

DEBRA FREEMAN
United States Magistrate Judge

Copies to:

All counsel (via ECF)