EXHIBIT A

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ANNIKA KRYSTYNA,

        Plaintiff,

v.

BRONX-LEBANON HOSPITAL CENTER, NY
NEUROSURGERY PC. and DR. NARAYAN
SUNDARESAN, DR. SINDHAGHATTA
VENKATRAM, DR. SRIDHAR CHILIMURI, and
DR. DAVID JAKUBOWICZ, *individually*,

        Defendants.
------------------------------------------------------------x

No. 16 Civ. 5100 (AT) (DCF)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties, by their undersigned counsel of record, hereby stipulate and agree to the dismissal of the above-captioned action in its entirety, with prejudice, and without costs.

Dated: New York, New York
      January 9, 2018

THE HARMAN FIRM, LLP

By: _____
    Walker G. Harman, Jr.
    Owen H. Laird
220 Fifth Avenue, Suite 900
New York, New York 10001
212-425-2600
*Attorneys for Plaintiff*

GARFUNKEL WILD, P.C.

By: _____
    Roy W. Breitenbach
    Jason Hsi
111 Great Neck Road
Great Neck, New York 11021
516 393-2200

*Attorneys for Defendants*

SO ORDERED.

Dated: March 8, 2018
      New York, New York

_____
ANALISA TORRES
United States District Judge

-14-

4705591v.2